RECEIVED
FEB 14 2019
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| BRIDGET JEAN EVANS, *ET AL.*, Plaintiffs | CIVIL ACTION NO. 1:18-CV-00983 |
| VERSUS | JUDGE DRELL |
| VILLAGE OF CREOLA, *ET AL.*, Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (*de novo*) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Defendant City of Pineville's Rule 12(b)(6) Motion to Dismiss (Doc. 7) is GRANTED. Plaintiffs' claims for punitive damages under § 1983 against the City, "solidary liability" against the City, and for vicarious or respondeat superior liability against the City, is DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that Defendant City of Pineville's Rule 12(b)(6) Motion to Dismiss (Doc. 10) is DENIED WITHOUT PREJUDICE to re-raising when, and if, the "John Doe and others" defendants are identified and named in a motion for leave to amend.

IT IS FURTHER ORDERED that Defendant City of Pineville's Motion for More Definite Statement (Doc. 7) is GRANTED. Plaintiffs shall amend their complaint within 30 days setting forth short and plain statements of the statutory or constitutional basis for each claim as to each Plaintiff against each Defendant, as well

as any official policies or customs alleged to have resulted in the violations of Plaintiffs' constitutional or statutory rights.

THUS ORDERED AND SIGNED in chambers in Alexandria, Louisiana on this 13th day of January, 2019.

DEE D. DRELL, JUDGE
UNITED STATES DISTRICT COURT